IN THE UNITED STATES DISTRCT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBBIE JAMES AND KATLYNN CLINICH | § § § § § § § | |
| V. | | CIVIL NO. _____ |
| INVASIX, INC. | | |

## SUPPLEMENT TO JS 44 CIVIL COVER SHEET

**WAS A JURY DEMAND MADE IN STATE COURT?   YES OR NO?**

   No.

**IF "YES," BY WHICH PARTY AND WHAT DATE?**


**STYLE OF ORIGINAL PETITION:**

   Cause No. DC-18-17175; *Debbie James and Katlynn Clinich;* In the 101st District Court, Dallas County, Texas

**Please underline all Plaintiffs, Defendants, and Intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named, and include the attorney's firm name, mailing address, and phone number, including the area code.**

   DEBBIE JAMES -              PLAINTIFF
   KATLYNN CLINICH -       PLAINTIFF

1) Amy E. Davis
   CHRISTIANSEN DAVIS LLC
   1021 N. Bishop Ave.
   Dallas, TX 75208
   Telephone: (214) 838-3501
   Facsimile: (972) 332-2306
   Email: adavis@cdfirm.com


   INVASIX, INC. - DEFENDANT

2.) P. Clark Aspy
   State Bar No. 01394170
   Michael Shane O'Dell

State Bar No. 24065835
NAMAN, HOWELL, SMITH & LEE, PLLC
Fort Worth Club Building
306 West 7th Street, Suite 405
Fort Worth, Texas 76102
Telephone:    (817) 509-2044
Facsimile:    (817) 509-2060
Email: aspy@namanhowell.com
Email: sodell@namanhowell.com

**COUNTERCLAIMS, CROSS-CLAIMS AND/OR THIRD-PARTY CLAIMS**

(Please list separately, each Counterclaim, Cross-Claim, or Third-Party Claim still remaining in the case, and designate the nature of such claim. For each Counterclaim, Cross-Claim or Third-Party Claim, please include all Plaintiffs, Defendants, and Intervenors still remaining in the case. Also list the attorneys of record for each party named, and include the attorney's firm name, filing address, and phone number, including the area code.)

| Party | Attorney |
|---|---|
| None Known. | None |

DATED: **December 13, 2018**

Respectfully submitted,

/s/Michael Shane O'Dell
**P. CLARK ASPY**
State Bar No. 01394170
**MICHAEL SHANE O'DELL**
State Bar No. 24065835
NAMAN, HOWELL, SMITH & LEE, PLLC
Fort Worth Club Building
306 West 7th Street, Suite 405
Fort Worth, Texas 76102
Tele.   (817) 509-2044
Fax.    (817) 509-2060
Email:  aspy@namanhowell.com
E-Mail: sodell@namanhowell.com

**ATTORNEYS FOR DEFENDANT INVASIX, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record in this action, in accordance with the Federal Rules of Civil Procedure by ECF Filing, requested properly addressed to:

*Via Email:* adavis@cdfirm.com
Amy E. Davis
CHRISTIANSEN DAVIS LLC
1021 N. Bishop Ave.
Dallas, TX 75208
Telephone: (214) 838-3501
Facsimile: (972) 332-2306

                                         /s/Michael Shane O'Dell
                                         Michael Shane O'Dell